IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JODI DARLENE DODSON,

    Plaintiff,

v.                                                        CIVIL ACTION NO. 1:11-0860

FEDERAL BUREAU OF PRISONS,

    Defendant.

and

JODI DARLENE DODSON,

    Plaintiff,

v.                                                        CIVIL ACTION NO. 1:11-0889

FEDERAL BUREAU OF PRISONS,

    Defendant.

and

JODI DARLENE DODSON,

    Plaintiff,

v.                                                        CIVIL ACTION NO. 1:11-0948

FEDERAL BUREAU OF PRISONS,

    Defendant.

## **MEMORANDUM OPINION AND ORDER**

      By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to

the court his Findings and Recommendation ("PF&R") on January 4, 2013, in which he recommended that the District Court dismiss plaintiff's petitions under 28 U.S.C. § 2241 and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the requisite period. Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's petitions under 28 U.S.C. § 2241 and directs the Clerk to remove these cases from the court's active docket.

Additionally, the court has considered whether to grant a certificate of appealability. See 28 U.S.C. § 2253(c). A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standard is satisfied only upon a showing that

2

reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683-84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court DENIES a certificate of appealability.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 31st day of May, 2013.

ENTER:

David A. Faber
Senior United States District Judge